IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**

JUN 2 6 2002

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| MASTERCARD INTERNATIONAL INCORPORATED, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 01-224-CJP |
| MASTERCARS COMPANY, INC. | : |
| Defendant. | : |

## CONSENT JUDGMENT

Plaintiff, MasterCard International Incorporated (hereinafter "plaintiff") filed its Complaint against Mastercars Company (hereinafter "defendant") on April 9, 2001. The Complaint asserted claims for trademark infringement, unfair competition and dilution under the federal Lanham Act, 15 U.S.C. §1114, §1125(a) and §1125(c), and related claims under Illinois statutory and common law. Defendant filed its Answer on May 17, 2001.

The parties hereto, having agreed upon a resolution of this matter prior to a trial on the merits, hereby stipulate and consent to this Consent Judgment, to its prompt entry by the Court, and to each and every provision, order and decree herein.

NOW, THEREFORE, upon consent of the parties hereto, IT IS ORDERED, ADJUDGED AND DECREED:

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Plaintiff owns the famous "MasterCard", Interlocking Circles Design, and "MasterCard" and Interlocking Circles Design marks and numerous United States Registrations covering said marks, including Reg. Nos. 1,186,117, 1,292,519, and 1,604,606 for the mark

NY02 388293 1

40

"MasterCard", Reg. Nos. 1,257,853 and 1,814,279 for the mark "MasterCard" and Interlocking Circles Design, and Reg. No. 1,723,718 for the Interlocking Circles Design mark. Said registrations are valid, in full force and effect, and incontestable pursuant to 15 U.S.C. §1065. A color illustration of plaintiff's "MasterCard" and Interlocking Circles Design mark is attached hereto as Exhibit 1.

3. In September 2001, without authorization from plaintiff, defendant adopted the mark "MasterCars" and a double circle design. A color illustration of defendant's mark is attached hereto as Exhibit 2. Defendant has used said mark on signage, business cards, in print advertisements and on other collateral materials in connection with the advertisement and sale of used automobiles.

4. Without admission of liability for any wrongdoing alleged in the Complaint, defendant, its officers, agents, servants, affiliates, employees, subsidiaries, successors and assigns, and representatives thereof, and all other persons, firms or companies in active concert or participation with them, shall be and are hereby permanently enjoined, after a phase out period described in paragraph five hereof, from using, displaying or otherwise showing, in any manner, (i) the term "MasterCars" as a unitary term; (ii) any circle(s) design, including the design shown on Exhibit 2 hereto or any colorable imitation of plaintiff's famous Interlocking Circles Design as shown on Exhibit 1 hereto; (iii) a font (lettering design) which is similar to that in which plaintiff's "MasterCard" mark appears, as shown on Exhibit 1 hereto; (iv) the following color combinations: red and yellow-orange; blue and red; blue and yellow-orange; dark blue and light blue; or any color combination similar thereto, including the color combinations in which the marks shown on Exhibits 1 and 2 hereto appear; (v) any other designation confusingly similar to or dilutive of plaintiff's "MasterCard" or Interlocking Circles Design marks.

NY02:388293.1

5.      Defendant shall use its best efforts to withdraw from public view and destroy all materials, including but not limited to, signage, vanity license plates, web sites, advertisements, letterhead, business cards, stationery, envelopes, prints, labels, bill heads, invoices, packages, catalogs, and any other materials of whatever kind and nature which use a name and mark prohibited by paragraph 4 above, including, but not limited to, those which contain "MasterCars" as a unitary term or a circle(s) design.  Defendant's phase out of said marks shall be completed by no later than <u>July 22, 2002</u>.

6.      Defendant's new logo shall appear in the format shown on Exhibit 3 hereto. When defendant's new logo appears in color, it shall appear in the colors red and green.

7.      Each party shall pay its own attorneys fees and costs that have accrued on or before the execution of this Consent Judgment.

8.      This Court retains jurisdiction over this matter and any application with regard to enforcement of this Consent Judgment shall be directed to this Court.

SO AGREED AND STIPULATED:

Respectfully submitted,

Dated: _June 7, 2002_       By: _/s/ Mark E. Goodman_
                                Mark E. Goodman
                                CAPES SOKOL GOODMAN
                                    SARACHAN PC
                                7701 Forsyth Boulevard, 4th Floor
                                St. Louis, MO 63105
                                Tel.: (314) 721-7701
                                Fax.: (314) 721-0554

                                Of Counsel:
                                Russell H. Falconer (RF-3231)
                                Doreen L. Costa (DC-2830)
                                Robert M. Wasnofski, Jr. (RW-6856)
                                BAKER BOTTS, L.L.P.
                                30 Rockefeller Plaza
                                New York, New York 10112-0228

3

NY02-388293 1

Tel: (212) 408-2500
Fax: (212) 408-2501

ATTORNEYS FOR PLAINTIFF

Dated: *[signature] Jan 21, 2002*

By: *[signature]*
Stephen B. Evans
DEEBA SAUTER HERD
3415 Hampton Avenue
St. Louis, Missouri 63139
Tel: (314) 781-3222
Fax: (314) 781-2726

ATTORNEYS FOR DEFENDANT

IT IS SO ORDERED:

Dated: *June 26, 2002*

*[signature]*
CLIFFORD J. PROUD,
UNITED STATES MAGISTRATE JUDGE

Exhibit 1



NY02:388567.1

Exhibit 2



Specializing in Corvettes
& Harley Davidson

4150 Nameoki Rd
Granite City, IL 62040

Phone: (618) 931-1245
Fax (618) 931-1386     Mobile: (314) 960-5241

NY02:388560 1

Exhibit 3

[Hand-drawn diagram of two overlapping parallelograms labeled "Master" and "Cars"]